UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FLOYD BYRD,                              )
                                         )
            Petitioner,                  )
v.                                       )   No. 1:08-cv-439-DFH-TAB
                                         )
MR. MARTIN, Superintendent,              )
                                         )
            Respondent.                  )

**Entry Transferring Action to Northern District of Indiana**

This cause is before the court on the petition of Floyd Byrd ("Byrd") for a writ of habeas corpus and on his requests to proceed *in forma pauperis*.

Byrd is confined at a prison facility in the Northern District of Indiana and in this action attacks the revocation of probation with respect to a sentence imposed in a state court in the Northern District of Indiana.

Pursuant to 28 U.S.C. § 2241(d), the proper venue for this action is the Northern District of Indiana. When venue is improper, the district court has the discretion to either dismiss the case or transfer it "in the interest of justice." 28 U.S.C. § 1406(a). In this case, transfer of the cases to the District with proper venue is the course which will be taken.

**IT IS THEREFORE ORDERED THAT THE ABOVE ACTION IS TRANSFERRED** to the United States District Court for the Northern District of Indiana at South Bend, Indiana. This is done without ruling on the petitioner's requests to proceed *in forma pauperis.*

So ordered.

_____
DAVID F. HAMILTON, Chief Judge
United States District Court

Date: 4/8/2008

Distribution:

Floyd Byrd
#975093
Miami Correctional Facility
P.O. Box 900
Bunker Hill, IN   46914